**John C. RANDLE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28261.**

Court of Criminal Appeals of Texas.

April 18, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of intoxicating liquors for the purpose of sale in a dry area; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All the proceedings appear regular and nothing is presented for review.

The judgment is affirmed.